### 1532. NORTON *v.* THE STATE.

POWELL, J. 1. By section 114 of the Political Code it is made the duty of the managers of a primary election to count the votes "publicly." By section 632 of the Penal Code a wilful violation of this duty is a misdemeanor. As to what would be "publicly," see the case of *Tilton* v. *State*, ante, 59 (62 S. E. 651).

2. The other points presented are controlled by the decision this day rendered in *Norton* v. *State*, No. 1533, ante, 586 (63 S. E. 662).

*Judgment affirmed.*

Accusation of misdemeanor, from DeKalb superior court—Judge Roan. November 16, 1908.

Argued January 14,—Decided February 9, 1909.

*Candlers, Thomson & Hirsch, R. L. D. McAllister, J. D. Kilpatrick, L. J. Steele, Asa Warren Candler,* for plaintiff in error. *William Schley Howard, solicitor-general,* contra.